**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. |
| | : | |
| | : | |
| YESENIA JAURE and | : | VIOLATION: |
| JACOB HAWKINS | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | (Parading, Demonstrating, or Picketing in |
| Defendant. | : | a Capitol Building) |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **YESENIA JAURE** and **JACOB HAWKINS** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                                    Respectfully submitted,

                                    MATTHEW M. GRAVES
                                    United States Attorney
                                    D.C. Bar No. 481052

By:     _____
                                    ALEXANDRA F. FOSTER
                                    D.C. Bar No. 470096
                                    Attorney, detailed to the
                                    United States Attorney's Office for the
                                    District of Columbia
                                    555 Fourth Street, N.W.
                                    Washington, DC 20530