**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Crim. No. 23-264 (JDB)** |
| | : | |
| **YESENIA JAURE and** | | |
| **JACOB HAWKINS** | | |
| | : | |
| Defendants. | | |

---

**NOTICE OF FILING**

Undersigned counsel hereby files on behalf of defendants Yesenia Jaure and Jacob

Hawkins a waiver of in-person presence for hearings conducted in their case pursuant to

F.R.Crim.P. Rule 43(b) 2.

Respectfully submitted,

A.  J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/S/_____

Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500