UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Crim. No. 23-264 (JDB) |
| YESENIA JAURE and JACOB HAWKINS, | : | |
| Defendants. | : | |

**DEFENDANTS' WAIVER OF IN PERSON PRESENCE
AND AGREEMENT TO PROCEED BY VIDEO CONFERENCE**

We, Yesenia Jaure and Jacob Hawkins, understand that we have the right to be present for all substantive hearings in our case, including our arraignment, change of plea hearing, and sentencing hearings. Nevertheless, after consultation with our counsel, we agree to waive our in person presence and request that these hearing be conducted via videoconference pursuant to F.R.Crim.P. Rule 43(b) 2, which we understand allows for such hearings in misdemeanor cases to be conducted via videoconference.

_____          9/5/2023
YESENIA JAURE                                    DATE

_____          9/5/2023
JACOB HAWKINS                                  DATE