UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-00264-JDB |
| | : | |
| YESENIA JAURE and | : | |
| JACOB HAWKINS, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO CONTINUE SENTENCING

These defendants are set for sentencing on December 8, 2023. The parties are requesting a brief continuance of the sentencing to the second week of January, along with an extension of the deadlines for filing the final Presentence Report and the parties' Sentencing Memoranda. Government counsel has a medical issue that unexpectedly conflicts with the current sentencing date. If the Court were amenable to continue the sentencing to the second week of January, the parties would request that the deadline for the final PSR be reset to December 28, 2023, and the Sentencing Memorandum for January 5, 2024.

Respectfully submitted,

MATTHEW M. GRAVES  /s/ James Gerometta
UNITED STATES ATTORNEY  JAMES GEROMETTA
D.C. Bar Number 481052  Attorney for Jacob Hawkins

By:  /s/Alexandra F. Foster
ALEXANDRA F. FOSTER
Assistant United States Attorney  /s/ Michelle Peterson
D.C. Bar No. 470096  MICHELLE PETERSON
  Attorney for Yesenia Jaure